IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



GREGORY D. MILLS,

    Petitioner,

v.                                      Civil Action No. 3:15CV782

ERIC D. WILSON,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. Mills's first objection is sustained and his remaining objections are overruled;
2. The Report and Recommendation is accepted and adopted; and,
3. The action is dismissed for want of jurisdiction.

Should Mills desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Final Order to Mills.

It is so ORDERED.

                                            /s/                 
                                     Robert E. Payne
Date: November 9, 2016         Senior United States District Judge
Richmond, Virginia